IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIAN ZHONG XUE, *et al.*, | No. 4:21-CV-01203 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| JOHN'S SHANGHAI, LLC *d/b/a John's Shanghai*, *et al.*, | |
| Defendants. | |

## ORDER

### AUGUST 1, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for partial summary judgment (Doc. 56) is **GRANTED**;

2. Plaintiffs' class allegations are **DISMISSED** from the complaint;

3. Plaintiffs' motion to compel discovery and for sanctions (Doc. 49) is **DENIED**; and

4. The Court will schedule a telephonic status conference by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge